ERIE R. CO., Appellant, v. CITY OF BUF-
FALO et·al., Respondents. (Supreme Court,
Appellate Division, Fourth Department. July
6, 1904.) Action by the Erie Railroad Com-
pany against the city of ·Buffalo and others.

PER CURIAM. Order affirmed, with $10
costs and disbursements, on the opinion of
this court accompanying the decision affirming
the judgment in the same action.

WILLIAMS, J., dissents. HISCOCK, J., not
voting.

---

EULER, Respondent, v. KAPPELMANN,
Appellant. (Supreme Court, Appellate Divi-
sion, Second Department. July 28, 1904.)
Action by Henry Euler against Frederick Kap-
pelmann. No opinion. Judgment and order
affirmed, with costs.

---

FARRINGTON et al., Appellants, v. PECK
et al., Respondents. (Supreme Court, Appel-
late Division, Second Department. July 28,
1904.) Action by Benjamin Farrington and
others against Emma A. Peck and others.
No opinion. Order affirmed, with $10 costs and
disbursements.

---

FERRIS, Respondent, v. UNION RY. CO.
OF NEW YORK CITY, Appellant. (Supreme
Court, Appellate Division, Second Department.
June 24, 1904.) Action by Francis E. Ferris
against the Union Railway Company of New
York City. No opinion. Order resettled, so
as to award but $10 costs on the dismissal of
the appeal.

---

FITCH, Respondent, v. FRANK H.
FLEER & CO., Appellant. (Supreme Court,
Appellate Division, First Department. July
13, 1904.) Action by Lola T. Fitch against
Frank H. Fleer & Co. W. S. Brewster, for
appellant. Paul N. Turner, for respondent.
No opinion. Order affirmed, with $10 costs
and disbursements.

---

FITZPATRICK, Respondent, v. INTER-
URBAN ST. RY. CO., Appellant. (Supreme
Court, Appellate Term. June 23, 1904.) Ac-
tion by Alice Fitzpatrick against the Interur-
ban Street Railway Company. From a judg-
ment for plaintiff, defendant appeals. Revers-
ed. Henry W. Goddard and William E. Wea-
ver, for appellant.

FREEDMAN, P. J. The pivotal question in
this case was whether the starting of the
car, which was the cause of the injuries re-
ceived by the plaintiff, was the act of the con-
ductor, or that of some unauthorized person,
a passenger upon the car at the time the ac-
cident occurred. Upon this question the weight
of evidence seems to be in favor of the de-
fendant. A new trial may bring out the facts
relative thereto more clearly, and the interests
of justice require such a disposition of the
case. Judgment reversed, and new trial or-
dered, with costs to abide the event. All con-
cur.

---

FLEWWELLIN, Respondent, v. LENT,
Appellant. (Supreme Court, Appellate Divi-

sion, Second Department. June 24, 1904.) Ac-
tion by Fannie L. Flewwellin against Smith
Lent. No opinion. Motion granted.

---

FORTY-NINTH ST. & M. AVE. CO., Re-
spondent, v. TYSON, Appellant. (Supreme
Court, Appellate Division, First Department.
June 24, 1904.) Action by Forty-Ninth Street
& Madison Avenue Company, against Henry
W. Tyson. F. S. Fisher, for appellant.· R. S.
Hull, for respondent. No opinion. Order af-
firmed, with $10 costs and disbursements.

---

FT. WAYNE ELECTRIC WORKS, Re-
spondent, v. DE FOREST WIRELESS TELE-
GRAPH CO., Appellant. (Supreme Court, Ap-
pellate Division, First Department. July 13,
1904.) Action by the Ft. Wayne Electric
Works against the De Forest Wireless Tele-
graph Company. From an order directing
service of a bill of particulars, defendant ap-
peals. Reversed. Francis X. Butler, for ap-
pellant. John C. Roe, for respondent.

PER CURIAM. The order should be re-
versed, with $10 costs and disbursements, and
the motion denied, with $10 costs, on the
ground that the motion is premature.

---

FOSTER v. INTERNATIONAL PAPER
CO. (Supreme Court, Appellate Division,
Fourth Department. July 6, 1904.) Action by
Joseph Foster, Jr., against the International
Paper Company.

PER CURIAM. Motion for leave to ap-
peal to the Court of Appeals granted.

WILLIAMS, J., not sitting.

---

FRANCIS, Respondent, v. CARROLL, Ap-
pellant. (Supreme Court, Appellate Division,
Third Department. June 30, 1904.) Action
by Mary Francis against Margaret Carroll.

PER CURIAM. Judgment and order af-
firmed, with costs.

HOUGHTON, J., dissents.

---

In re FRANSIOLI. (Supreme Court, Appel-
late Division, First Department. July 13,
1904.) In the matter of Augustus C. Fran-
sioli.

PER CURIAM. Order set aside.

---

FROESSEL, Respondent, v. STROHBECK,
Appellant. (Supreme Court, Appellate Divi-
sion, Second Department. July 28, 1904.) Ac-
tion by Barbara Froessel, as administratrix,
etc., of Theodore Froessel, deceased, against
Charles W. Strohbeck. No opinion. Judg-
ment and order unanimously affirmed, with
costs.